**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2436**

———————

HEARTLAND INDUSTRIES, INCORPORATED,

Plaintiff - Appellee,

versus

STEVE M. SMITH,

Defendant - Appellant,

and

TOWN AND COUNTRY STORAGE BUILDING, INCORPO-
RATED; TIM SULLIVAN,

Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (CA-97-979-A)

———————

Submitted:  May 28, 1999          Decided:  June 18, 1999

———————

Before MURNAGHAN and MICHAEL, Circuit Judges, and HALL, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Steve M. Smith, Appellant Pro Se.  John Edward Gagliano, COHEN, GETTINGS & DUNHAM, Arlington, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Steve M. Smith appeals the district court's order entering judgment in favor of Heartland Industries, Incorporated.  We have reviewed the record and the district court's opinions and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Heartland Indust. v. Smith</u>, No. CA-97-979-A (E.D. Va. July 21, & Sept. 15, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>